UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No.  8:05-Cr-530-T-30EAJ |
| | : | |
| MYNOR BONILLA, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**PRELIMINARY ORDER OF FORFEITURE AS TO SPECIFIC
PROPERTY AND ORDER OF FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the court upon the filing of the Motion (Dkt. #366)

of the United States of America for entry of a Preliminary Order of Forfeiture, **which,**

**upon entry, shall become a final order of forfeiture as to defendant Mynor**

**Bonilla's, right, title, and interest** in the following specific property**:**

1.    Real property located at 13003 Whisper Bay Place, Tampa, Florida 33618, (hereinafter "13003 Whisper Bay Place, Tampa, Florida") including all improvements thereon and appurtenances thereto, the legal description for which is as follows:

LOT 2, WHISPER SOUND SUBDIVISION, ACCORDING TO THE MAP OR PLAT THEREOF, AS RECORDED IN PLAT BOOK 48, PAGE 44, OF THE PUBLIC RECORDS OF HILLSBOROUGH COUNTY, FLORIDA.

PARCEL: U0928180YS00000000002.0;

2.    2001 White BMW VIN No. WBADT63421CF13728; and

for a forfeiture money judgment in the amount of $100,000.00, for which the

defendant is personally liable.  This amount represents the portion of the total

$946,000.00 proceeds of the crime, from which defendant personally benefitted as a result of his participation in the conspiracy.

The court hereby finds that the United States has met its burden of establishing the sufficiency of the *nexus* between the offense and the specific property sought for forfeiture.  The court further finds that the amount of proceeds obtained by the defendant as a result of his participation in the conspiracy as charged in Count One of the Indictment, for which defendant pled guilty is $100,000.00. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED that for good cause shown, said Motion (Dkt. #366) of the United States is hereby GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853, all right, title and interest of defendant Mynor Bonilla in the above-referenced specific property is hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. § 853, and Fed. R. Crim. P. 32.2(b)(2), defendant Mynor Bonilla is personally liable for a forfeiture money judgment in the amount of $100,000.00, which represents the amount of proceeds the defendant obtained as a result of his participation in the conspiracy as charged in Count One of the Indictment.

IT IS FURTHER ORDERED that the United States may seek forfeiture of any of the defendant's other property up to the total value of the $100,000.00 money

judgment as substitute assets in satisfaction of the judgment, pursuant to the provisions of 21 U.S.C. § 853(p).

The court retains jurisdiction to enter any further orders necessary for the forfeiture and disposition of the subject property and any other property, belonging to the defendant, that the United States is entitled to seek as substitute assets, and to entertain any third party claims that may be asserted in these proceedings.

**DONE** and **ORDERED** in Tampa, Florida on October 23, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Adelaide G. Few, AUSA
Counsel of Record

F:\Docs\2005\05-cr-530.Bonilla 366.wpd